BEFORE THE SECOND DIVISION, JUNE 6, 1963

No. 67800.—Schick X-Ray Co., Inc. v. United States, protest 62/17640 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of injectors and parts, in chief value of metal, similar in all material respects to those the subject of Schick X-Ray Co., Inc. v. United States (49 Cust. Ct. 38, C.D. 2358), the claim of the plaintiff was sustained.

No. 67801.—Empire Findings Co., Inc. v. United States, protest 62/14942 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of percussion hammers similar in all material respects to those the subject of Arthur Salm, Inc. v. United States (46 Cust. Ct. 68, C.D. 2235), the claim of the plaintiff was sustained.

No. 67802.—Pacific States Box & Baskets Co. and Universal Foreign Service, Inc. v. United States, protest 61/11250 (Los Angeles).

Opinion by FORD, J. In accordance with oral stipulation of counsel that the machines in question contain no electrical element and that power is transferred to the machines by means of a belt drive which could convey energy from either an electric motor or any other source of power, the claim of the plaintiffs was sustained.